**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01403-CV

**EDWINA OLIVER, Appellant**

**V.**

**PAUL SAADI, M.D., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07763**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID L. BRIDGES
       PRESIDING JUSTICE